# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUAN F. SALAIS, | No. 4:17-CV-01478 |
| Petitioner. | (Judge Brann) |
| v. | (Magistrate Judge Arbuckle) |
| CLAIR DOLL, | |
| Respondent. | |

## ORDER

### JUNE 7, 2018

1. On August 18, 2017, Petitioner filed a Petition for a Writ of Habeas Corpus. ECF No. 1.

2. In a May 22, 2018 Report and Recommendation, Magistrate Judge William I. Arbuckle recommended dismissing that petition as moot. ECF No. 7.

3. Neither party has objected to that recommendation.

4. This Court has reviewed Magistrate Judge Arbuckle's Report and Recommendation and has determined that "there is no clear error on the face of the record."[1]

---

[1] *Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010) ("When no timely objection is filed [to a Report and Recommendation], the court need only satisfy itself that there is no clear error on the face of the record in order to accept" it.)

5. Therefore, **IT IS HEREBY ORDERED** that:

   a. Magistrate Judge Arbuckle's Report and Recommendation, ECF No. 7, is **ADOPTED**; and

   b. Petitioner's Petition for a Writ of Habeas Corpus, ECF No. 1, is **DISMISSED AS MOOT.**

6. The Clerk of Court is directed to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge